```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
WANDA MARTINEZ,                                                :
                                                               :
                              Plaintiff,                       :
                                                               :    19-CV-11129 (VEC)
            -against-                                          :
                                                               :    ORDER
VERIZON,                                                       :
                                                               :
                              Defendant.                       :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Plaintiff filed this lawsuit on December 4, 2019, *see* Dkt. 2;

    WHEREAS an affidavit of service reflects timely service of a summons and the Complaint on Defendant, *see* Dkt. 11;

    WHEREAS Defendant has failed to appear, answer, or otherwise respond to the Complaint by the June 22, 2020 deadline, *see* Fed. R. Civ. P. 12(a)(1)

    IT IS ORDERED that Plaintiff must apply for a default judgment against Defendant, consistent with the procedures described in Attachment A to the undersigned's Individual Practices in Civil Cases by not later than **August 17, 2020**, or the case will be dismissed for failure to prosecute.

    A copy of Attachment A and this order will be mailed by chambers. Plaintiff is also encouraged to contact the pro se legal assistance clinic at 212-659-6190.

**SO ORDERED.**

Date: July 27, 2020             _____
      New York, NY                **VALERIE CAPRONI**
                                            **United States District Judge**