USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
WANDA MARTINEZ,                                :
                                               :
                    Plaintiff,           :
                                               :        19-CV-11129 (VEC)
     -against-                               :
                                               :        ORDER
VERIZON,                                       :
                                               :
                    Defendant.           :
                                               :
------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff is proceeding pro se in this matter, the Court wishes to inform Plaintiff of a useful resource providing legal advice and assistance to pro se litigants. On September 19, 2016, a new legal clinic opened in this District to assist people who are parties in civil cases and do not have lawyers. The Clinic is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the Pro Se Intake Unit).

      Due to the COVID-19 pandemic, the Clinic has temporarily suspended all in-person meetings. The Clinic will continue to provide limited scope assistance by appointment over the phone. Plaintiff is encouraged to call 212-659-6190 to schedule an appointment.

      A copy of this Order will be mailed to Plaintiff by Chambers.

**SO ORDERED.**

**Date: July 27, 2020**
       **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**