USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/7/2020__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WANDA E. MARTINEZ,

         Plaintiff,

  -v-

VERIZON,

         Defendant.
------------------------------------------------------------X

**ORDER**

19-CV-11129 (VEC) (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The Court held a telephonic conference today and set the following schedule:

1. Because Martinez's complaint filed on December 4, 2019 (Docket No. 2) failed to allege the date of her termination, she must file an amended complaint that includes the alleged date of her termination (and any other changes she wishes to include) by **October 7, 2020.**

2. Verizon shall have until **November 9, 2020** to answer or otherwise respond to the amended complaint.

3. If Verizon moves to dismiss the amended complaint, Martinez's opposition to the motion will be due **December 9, 2020,** and Verizon's reply, if any, will be due **December 23, 2020.**

    In light of Verizon's appearance and the briefing schedule set forth in this Order, Martinez is no longer required to comply with Judge Caproni's July 27 Order regarding the motion for default judgment (Docket No. 12).

    **SO ORDERED.**

Dated: August 7, 2020
       New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

**A copy of this Order has been mailed and emailed to:**
Wanda E. Martinez
630 Lenox Ave.
Apt. 6S
New York, NY 10037
wandamartinez960@gmail.com